UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

JUL 2 2 2021

CHRISTA K. BERRY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:21-cr-00101-NT |
| | ) |
| SHAWN COOK | ) |
| | ) |

**INDICTMENT**

The grand jury charges that:

**COUNT ONE**
**(Transfer of Obscene Material to a Minor)**

On about July 24, 2018, in the District of Maine and elsewhere, the defendant,

**SHAWN COOK,**

used the internet, a facility and means of interstate commerce, to knowingly transfer obscene matter to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

**COUNT TWO**
**(Obstruction of Justice)**

On about March 27, 2021, in the District of Maine, the defendant,

**SHAWN COOK,**

corruptly endeavored to influence, obstruct and impede the due administration of justice regarding a grand jury investigation in the District of Maine. Specifically, **COOK** knowingly attempted to corruptly persuade J.H. to provide false exculpatory information to FBI agents involved in the investigation.

In violation of Title 18, United States Code, Section 1503(a).

A TRUE BILL,

███████████████
FOREPERSON

_____
Assistant U.S. Attorney

Date: 7/22/2021